Case 1:11-cr-00449-DAD-BAM   Document 75   Filed 06/26/12   Page 1 of 2

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00449 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CHANGE STATUS |
| ) | CONFERENCE HEARING TO A CHANGE |
| ) | OF PLEA |
| v. ) | |
| ) | ORDER |
| OMAR HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and agree that the status conference as to Omar Hernandez, previously scheduled for July 9, 2012, at 1:00 p.m., be changed to a Change of Plea hearing to take place on July 9, 2012, at 10:00 a.m. before the Honorable Anthony W. Ishii.

DATED: June 25, 2012    BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Kathleen A. Servatius
                              KATHLEEN A. SERVATIUS
                              Assistant U.S. Attorney

DATED: June 25, 2012    /s/ Marc Nicholas Kapetan
                              MARC NICHOLAS KAPETAN
                              Attorney for Omar Hernandez

1

**ORDER**

IT IS SO ORDERED.

Dated:   June 25, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE